IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:10CR3091 |
| V. | ) | |
| TIMOTHY M. FELTON, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the oral unopposed motion to continue sentencing is granted, the hearing scheduled for July 10, 2012 is cancelled, and counsel are directed to jointly call Kris Leininger to reschedule the hearing in about 30 days.

DATED this 6th day of July, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge